HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KELLY, ERYN LEARNED, AND KERRY WANO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE MCCLATCHY COMPANY, LLC, a Delaware corporation,<br><br>Defendant. | Civil Action No. 3:21-cv-05468-BHS-DWC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE, pursuant to Federal Rule of Evidence 201, Defendant The McClatchy Company, LLC ("McClatchy"), by and through its counsel of record, hereby request this Court take judicial notice of the documents and information listed below. Judicial Notice is requested in support of McClatchy's Motion to Transfer Venue and Stay Proceedings.

**1. American Arbitration Association, Consumer Arbitration Rules (2014)**

Federal Rule of Evidence 201 provides that a federal court may take judicial notice of facts not subject to reasonable dispute if (1) "generally known within the trial court's territorial jurisdiction" or (2) "capable of accurate and ready determination by resort to resources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201; *see also Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018).

Judicial notice under Rule 201 permits a court to notice an adjudicative fact if it is "not

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE
Case No. 3:21-cv-05468-BHS-DWC

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)–(2). Accordingly, a court "may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (quotation marks and citation omitted). Judicial notice of public records, including filings in other court proceedings, is appropriate under Rule 201 if such records "have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

The matter requested to be judicially noticed is directly relevant to McClatchy's Motion to Transfer Venue and Stay Proceedings regarding the arbitration rules to which the parties agreed to be bound. Attached hereto as **Exhibit A** is a copy of the American Arbitration Association, Consumer Arbitration Rules (2014) available at https://www.adr.org/sites/default/files/Consumer-Rules-Web.pdf. (last visited August 10, 2021).

### 2. Table C–3, U.S. District Courts – Civil Federal Judicial Caseload Statistics (March 31, 2021)

Federal Rule of Evidence 201 provides that a federal court may take judicial notice of facts not subject to reasonable dispute if (1) "generally known within the trial court's territorial jurisdiction" or (2) "capable of accurate and ready determination by resort to resources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201; *see also Khoja*, 899 F.3d at 1002.

Judicial notice under Rule 201 permits a court to notice an adjudicative fact if it is "not subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)–(2). Accordingly, a court "may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." *Lee*, 250 F.3d at 689 (quotation marks and citation omitted). Judicial notice of public records, including filings in other court proceedings, is appropriate under Rule 201 if such records "have a direct relation to matters at issue." *Borneo*, 971 F.2d at 248.

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEFENDANT'S MOTION TO TRANSFER VENUE
Case No. 3:21-cv-05468-BHS-DWC

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

The matter requested to be judicially noticed is directly relevant to McClatchy's Motion to Transfer Venue and Stay Proceedings public-interest factors relevant to a motion to transfer. Attached hereto as **Exhibit B** is a copy of Table C–3, U.S. District Courts – Civil Federal Judicial Caseload Statistics (March 31, 2021) available at https://www.uscourts.gov/statistics/table/c–3/federal–judicial–caseload–statistics/2021/03/31 (last visited August 10, 2021), and as **Exhibit C** is a copy of Table C–5—U.S. District Courts–Civil Federal Judicial Caseload Statistics (March 31, 2021), available at https://www.uscourts.gov/statistics/table/c–5/federal–judicial–caseload–statistics/2021 /03/31 (last visited August 10, 2021).

DATED this 23rd day of August, 2021

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *John S. Poulos*
/s/ *Richard A. Meadows*
John S. Poulos, WSBA # 51957
Richard A. Meadows, WSBA #57552
John.Poulos@lewisbrisbois.com
Richard.Meadows@lewisbrisbois.com
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone 206.436.2020
Fax 206.436.2030

*Attorneys for Defendant*

THE MCCLATCHY COMPANY, LLC

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEFENDANT'S MOTION TO TRANSFER VENUE
Case No. 3:21-cv-05468-BHS-DWC

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

# CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on August 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

TERRELL MARSHALL LAW GROUP PLLC

Beth E. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
Adrienne D. McEntee, WSBA #34061
bterrell@terrellmarshall.com
jmurray@terrellmarshall.com
amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

TURKE & STRAUSS LLP

Samuel J. Strauss, WSBA #46971
sam@turkestrauss.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

*Attorneys for Plaintiffs*

Signed at Seattle, Washington this 23rd day of August, 2021.

*/s/ Annie Kliemann*
Annie Kliemann, Legal Assistant
Email: annie.kliemann@lewisbrisbois.com

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEFENDANT'S MOTION TO TRANSFER VENUE
Case No. 3:21-cv-05468-BHS-DWC

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020