# Laura Hobbs

| | |
|---|---|
| **From:** | CAEDdb_cmecf-helpdesk |
| **Sent:** | Friday, October 22, 2021 11:40 AM |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |

CASE: 3:21-cv-05468

DETAILS: Case transferred from Washington Western has been opened in Eastern District of California - Live System as case 2:21-cv-01960, filed 10/22/2021.